AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Mike Paul Arellano** | ) Case No:  CR19-116(1) JRT/HB |
| | ) USM No: 22011-041 |
| Date of Original Judgment:          10/30/2019 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Tthe amendment did not have the effect of lowering the defendant's applicable guideline range, and thus the defendant is not covered by USSG §1B1.10(a)(2)(B) and 18 U.S.C. § 3582(c)(2). At the time of sentencing, 2 status points were applied under USSG §4A1.1(d) (now (e)) as the defendant committed the instant offense while under a criminal justice sentence for Fifth Degree Possession Controlled Substance (Docket No.: 02-CR-16-7034) and Fourth Degree Assault (Docket No.: 70-CR-18-8527).  Under the amended guideline, the defendant would receive only 1 status point, resulting a total criminal history score of 42 (rather than 43). He remains in a criminal history category VI and received a sentence that was lower than the minimum of the applicable range.

Except as otherwise provided, all provisions of the judgment dated          07/19/2022          shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          03/06/2026                               /s/ John R. Tunheim
                                                          *Judge's signature*

Effective Date: _____          John R. Tunheim, United States District Court Judge
          *(if different from order date)*                    *Printed name and title*